```
                    UNITED STATES DISTRICT COURT

                   CENTRAL DISTRICT OF CALIFORNIA


TAMMY BINGER,                    )     No. EDCV 08-0852-RC
                                 )
          Plaintiff,             )
                                 )
vs.                              )     JUDGMENT
                                 )
MICHAEL J. ASTRUE,               )
Commissioner of Social Security, )
                                 )
          Defendant.             )
_____)


     IT IS ADJUDGED that Judgment shall be entered in favor of

defendant.


DATED:  August 31, 2009       /S/ ROSALYN M. CHAPMAN
                                  ROSALYN M. CHAPMAN
                              UNITED STATES MAGISTRATE JUDGE
```

R&R-MDO\08-0852.jud
8/31/09